UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALCY JOSEPH, JR.                                      CIVIL ACTION

VERSUS                                                NO. 09-7562

NELSON COLEMAN CORRECTIONAL                           MAG. JUDGE WILKINSON
CENTER ET AL.

**ORDER ON MOTION**

APPEARANCES:   None (on the briefs)

MOTION:        Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil
               Procedure 12(b)(6), Record Doc. No. 23

O R D E R E D:

 XXX : GRANTED. Joseph has named movant Nelson Coleman Correctional Center as a defendant. A prison or jail are not entities that can be sued under Section 1983 because they are not juridical entities under state law capable of being sued and/or because they are not "persons" for purposes of suit under Section 1983, as the statute and case law define that term. Cage v. Kent County Corr. Facility, 113 F.3d 1234, 1997 WL 225647, at *1 (6th Cir. 1997); United States ex rel. Arzonica v. Scheipe, 474 F.2d 720, 721 (3d Cir. 1973); Johnson v. LCDC Med. Staff, No. 4:09-cv-13, 2009 WL 1256906, at *2 (E.D. Tenn. Apr. 29, 2009); Holifield v. Mobile County Sheriff's Dep't, No. 07-0321-CG-C, 2008 WL 2246961, at *5 (S.D. Ala. May 29, 2008); Cullen v. DuPage County, No. 99C1296, 1999 WL 1212570, *1 (N.D. Ill. Dec. 14, 1999); Whitley v. Westchester County Corr. Facility Admin., No. 97CIV0420(SS), 1997 WL 659100, at *6 (S.D.N.Y. Oct. 22, 1997); Sponsler v. Berks County Prison, No. 95-1136, 1995 WL 92370, at *1 (E.D. Pa. 1995); Powell v. Cook County Jail, 814 F. Supp. 757, 758 (N.D. Ill. 1993). Thus, Joseph can assert no claim as a matter of law against the Nelson Coleman Correctional Center.

This dismissal order, which I am entering pursuant to 28 U.S.C. § 636(c), Record Doc. No. 26, is limited to movant Nelson Coleman Correctional Center only. The Sheriff

of St. Charles Parish in his official capacity and various other individuals have also been named as defendants, and the case continues to proceed as to them.

New Orleans, Louisiana, this \_\_\_\_10th\_\_\_\_ day of September, 2010.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE